UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:13-CV-24583-PAS

CHRIS P. CARTER,
Individually and on behalf of all
others similarly situated,

    *Plaintiff,*                        CLASS ACTION

v.

FORJAS TAURUS S.A.,
TAURUS INTERNATIONAL
MANUFACTURING, INC., and
TAURUS HOLDINGS, INC.,

    *Defendants.*
_____/

## ORDER GRANTING MOVANT'S MOTION FOR PERMISSION TO FILE IN FORMA PAUPERIS

THIS MATTER is before the Court on Class Member Troy Scheffler's Motion for Leave to Appeal In Forma Pauperis [DE 200]. Upon review of Scheffler's Motion, which appears to raise the same objections that the Court previously overruled, it is hereby

ORDERED THAT

Scheffler's Motion for Leave to Appeal In Forma Pauperis [DE 200] is **GRANTED**.

**DONE** and **ORDERED** in Miami, Florida, this ___4th___ day of August, 2016.

                                             PATRICIA A. SEITZ
                                             UNITED STATES DISTRICT JUDGE

cc:      Counsel of Record