U.S. COURT OF APPEALS
RECEIVED
CLERK
AUG 1 1 2016
ATLANTA, GA

# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

*CARTER vs. FORJAS TAURUS S.A.*, et al

APPEAL NO: 16-15277 

The undersigned certifies that the following persons and entities as per local rule 26.1-1(a) have an interest in the outcome of this case.

Autry, John R./Attorney for Defendant Forjas Taurus, S.A.

Barrett, John W./Attorney for Plaintiff

Bumann, Timothy A./Attorney for Defendant Forjas Taurus, S.A.; Taurus International Manufacturing Inc.; Taurus Holdings Inc

Carter, Chris P./Plaintiff

Forjas Taurus, S.A. (BM&F Bovespa:FTJA3;FTJA4)/Defendant

Finklehoffe, Carol Lynn/Attorney for Plaintiff

Kipnis, Patricia M./Attorney for Plaintiff

Leesfield, Ira H./Attorney for Plaintiff

Marino, John Patrick/Attorney for Defendant Forjas Taurus, S.A.; Taurus International Manufacturing Inc.; Taurus Holdings Inc

Marino, Jr., Angelo/Attorney for Plaintiff

Mobley, David A./Attorney for Defendant Forjas Taurus, S.A.; Taurus International Manufacturing Inc.; Taurus Holdings Inc

Scheffler, Troy K./Class Member Appellant

Scolaro, Thomas B./Attorney for Plaintiff

Seitz, Patricia A./Judge U.S. District Court Southern District of Florida

Selby, II, David L./Attorney for Plaintiff

Snyder, Eric B./Attorney for Plaintiff

Taurus Holdings Inc (Private)/Defendant

Taurus International Manufacturing Inc (Private)/Defendant

Turnoff, William C./Magistrate U.S. District Court Southern District of Florida

Weeks, IV, John F./Attorney for Defendant Forjas Taurus, S.A.; Taurus International Manufacturing Inc.; Taurus Holdings Inc

Weintraub, Marc Raymer/Attorney for Plaintiff

Wheeles, Todd/Attorney for Plaintiff


Respectfully submitted,

*[signature]* 08-08-2016

Troy Scheffler
Appellant Pro Se
965 104th Ave NW
Coon Rapids, MN 55433
763-225-7702