# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov.

Please Type or Print

Court of Appeals No. 16-15277

Troy Scheffler vs. Fojas Taurus, S.A., et al.

The Clerk will enter my appearance for these named parties: Forjas Taurus, S.A.; Taurus International Manufacturing, Inc. and Taurus Holdings, Inc.

In this court these parties are:
- ☐ appellant(s)   ☐ petitioner(s)   ☐ intervenor(s)
- ☒ appellee(s)    ☐ respondent(s)   ☐ amicus curiae

☐ The following related or similar cases are pending on the docket of this court:

☒ Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the clerk of this court within 14 days of any changes in the status of my state bar memberships. See 11th Cir. R. 46-7.

State Bar: Georgia     State Bar No.: 094535

Signature: /s/ Timothy Bumann

Name (type or print): Timothy Bumann     Phone: 404-615-3755

Firm/Govt. Office: Smith, Gambrell & Russell, L.L.P.     E-mail: tbumann@sgrlaw.com

Street Address: Promenade, Suite 3100, 1230 Peachtree Street, NE     Fax: 404-685-7055

City: Atlanta     State: Georgia     Zip: 30309

12/07

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov.

Please Type or Print

Court of Appeals No. 16-15277

Troy Scheffler          vs.    Fojas Taurus, S.A., et al.

The Clerk will enter my appearance for these named parties: Forjas Taurus, S.A.; Taurus International Manufacturing, Inc. and Taurus Holdings, Inc.

In this court these parties are:   ☐ appellant(s)     ☐ petitioner(s)     ☐ intervenor(s)

☒ appellee(s)     ☐ respondent(s)     ☐ amicus curiae

☐ The following related or similar cases are pending on the docket of this court:

☐ Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the clerk of this court within 14 days of any changes in the status of my state bar memberships. See 11th Cir. R. 46-7.

State Bar: Georgia          State Bar No.: 335528

Signature: /s/ John Weeks

Name (type or print): John Weeks          Phone: 404-815-3746

Firm/Govt. Office: Smith, Gambrell & Russell, L.L.P.          E-mail: jweeks@sgrlaw.com

Street Address: Promenade, Suite 3100, 1230 Peachtree Street, NE          Fax: 404-685-7046

City: Atlanta          State: Georgia          Zip: 30309

12/07

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov.

Please Type or Print

Troy Scheffler

vs.

Court of Appeals No. 16-15277

Fojas Taurus, S.A., et al.

The Clerk will enter my appearance for these named parties: Forjas Taurus, S.A.; Taurus International Manufacturing, Inc. and Taurus Holdings, Inc.

In this court these parties are:
- ☐ appellant(s)
- ☐ petitioner(s)
- ☐ intervenor(s)
- ☒ appellee(s)
- ☐ respondent(s)
- ☐ amicus curiae

☐ The following related or similar cases are pending on the docket of this court:

☐ Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the clerk of this court within 14 days of any changes in the status of my state bar memberships. See 11th Cir. R. 46-7.

State Bar: Florida  State Bar No.: 814539

Signature: /s/ John P. Marino

Name (type or print): John P. Marino  Phone: 904-598-6104

Firm/Govt. Office: Smith, Gambrell & Russell, L.L.P.  E-mail: jmarino@sgrlaw.com

Street Address: 50 North Laura Street, Suite 2600  Fax: 904-598-6204

City: Jacksonville  State: Florida  Zip: 32202

12/07

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov.

Please Type or Print

Court of Appeals No. 16-15277

Troy Scheffler vs. Fojas Taurus, S.A., et al.

The Clerk will enter my appearance for these named parties: Forjas Taurus, S.A.; Taurus International Manufacturing, Inc. and Taurus Holdings, Inc.

In this court these parties are:
- ☐ appellant(s)
- ☐ petitioner(s)
- ☐ intervenor(s)
- ☒ appellee(s)
- ☐ respondent(s)
- ☐ amicus curiae

☐ The following related or similar cases are pending on the docket of this court:

_____

☐ Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the clerk of this court within 14 days of any changes in the status of my state bar memberships. See 11th Cir. R. 46-7.

State Bar: Florida  State Bar No.: 092136

Signature: /s/ Kristen W. Bracken

Name (type or print): Kristen W. Bracken  Phone: 904-598-6118

Firm/Govt. Office: Smith, Gambrell & Russell, L.L.P.  E-mail: kbracken@sgrlaw.com

Street Address: 50 North Laura Street, Suite 2600  Fax: 904-598-6218

City: Jacksonville  State: Florida  Zip: 32202

12/07